70-08/PJG/PLS
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901
Peter J. Gutowski (PG 2200)
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

INDUSTRIAL CARRIERS INC.,

        Plaintiff,                                         08-cv-0575 (VM)

    - against -

ASSOCIATED BULK CARRIERS LTD.,                **NOTICE OF RESTRICTED**
                                                                         **APPEARANCE PURSUANT**
           Defendant.                                      **TO RULE E(8)**
-----------------------------------------------------------X

        PLEASE TAKE NOTICE that Freehill Hogan & Mahar LLP, hereby enters a restricted appearance pursuant to Federal Rules of Civil Procedure Supplemental Admiralty Rule E(8) on behalf of Defendant ASSOCIATED BULK CARRIERS LTD., reserving all defenses available to it including without limitation personal jurisdiction, service and venue.

Dated: New York, New York
       February 14, 2008

                                                  FREEHILL HOGAN & MAHAR LLP
                                                  Attorneys for Defendant
                                                  ASSOCIATED BULK CARRIERS LTD.

                                                  By: _____
                                                    Peter J. Gutowski (PG 2200)
                                                    80 Pine Street
                                                    New York, NY 10005
                                                    (212) 425-1900

TO:   Tisdale Law Offices, LLC
       *Attorneys for Plaintiff*
       11 West 42nd Street, Suite 900
       New York, NY 10036
       Attn:   Thomas L. Tisdale, Esq.
               Lauren C. Davies, Esq.