FEB-27-2008 12:03   MAHONEY & KEANE                           212 385 1605   P.01/01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,                :

          Plaintiff,                              :
                                                 08 CV 0575 (VM)
   - against -                                    :       ECF CASE

ASSOCIATED BULK CARRIERS LTD.,  :

          Defendant.                            :
---------------------------------------------------------X

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED between the undersigned attorneys that Edward A. Keane, Esq., of Mahoney & Keane, LLP, is hereby substituted for Lauren C. Davies, Esq. of Tisdale Law Offices, LLC as attorneys for the plaintiff, Industrial Carriers Inc. in the above captioned matter.

Dated: February 27, 2008
New York, NY

By: _____
Lauren C. Davies (LD 1980)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
ldavies@tisdale-law.com

By: _____
Edward A. Keane (EK 1378)
MAHONEY & KEANE LLP
111 Broadway, 10th Floor
New York, NY 10006
(212) 385 1422
ekeane@mahoneykeane.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08

SO ORDERED:

2-28-08
DATE     VICTOR MARRERO, U.S.D.J.

TOTAL P.01