```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INDUSTRIAL CARRIERS INC.,                :
                                         :
                      Plaintiff,         :    08 Civ 00575 (VM)
                                         :
      - against -                        :    ORDER
                                         :
ASSOCIATED BULK CARRIERS LTD.,           :
                                         :
                      Defendant.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Conditional Order of Discontinuance dated April 11, 2008 the Court directed the Clerk of Court to enter judgment dismissing this action without prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Conditional Order of Discontinuance dated April 11, 2008 the Clerk of Court is directed to enter judgment dismissing the complaint in this action without prejudice and to close the case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:    New York, New York
          17 April 2008

                                    /s/ Victor Marrero
                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08
```