```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

70-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
Associated Bulk Carriers Ltd.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
INDUSTRIAL CARRIERS INC.,

                Plaintiff,

-against-

ASSOCIATED BULK CARRIERS LTD.,

                Defendant.
------------------------------------------------------x

08 CV 0575 (VM)

STIPULATION AND ORDER
DIRECTING RELEASE OF
FUNDS FROM ESCROW
AND DISMISSAL OF ACTION

It having been represented to the Court by counsel for the parties hereto that the above-entitled matter has been fully and finally settled:

IT IS HEREBY ORDERED AND DECREED that the attachment issued in this action under Supplemental Rule B is hereby vacated and canceled, any garnishees served with copy of the Order of Attachment are hereby directed to release any funds under restraint, the escrow fund established with counsel for the Defendant as security for the claim of the Plaintiff is hereby released and counsel for Defendant is authorized to

NYDOCS1/302575.1

-2-

transfer those funds back to the Defendant and the action is hereby discontinued with prejudice and without costs to either party.

Dated: April 17, 2008

So Ordered:

_____
U.S.D.J.    Victor Marrero


Consent to the foregoing Order is hereby confirmed:

_____
Edward A. Keane (1398)
MAHONEY & KEANE LLP
111 Broadway
New York, NY, 10006
Attorneys for Plaintiff

_____
Peter J. Gutowski (PG 2200)
Freehill Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005
Attorneys for Defendant

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J FITZGERALD*†▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON, D.C.
▾ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4535
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

April 18, 2008

OUR REF: 70-08/PJG/PLS

<u>Via Telefax – 212-805-6382</u> *(4 pgs.)*

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

    Re: Industrial Carriers Inc. v.
       Associated Bulk Carriers Ltd.
       08-Civ. 0575 (VM)
       Rule B Attachment at New York

Dear Judge Marrero,

  We represent the Defendant in the captioned action which involved a Rule B application and a counter-application for counter-security. The Court recently entered a conditional Order of Dismissal in view of Plaintiff's counsel's recent correspondence to the Court confirming that a deal was in the works. The agreement has now been finalized and the settlement funds paid so we are in a position to dismiss the action on a full and final basis.

  In this regard, and pursuant to Your Honor's recent Order authorizing the filing of an alternative stipulation, we enclose for your review and endorsement an Order of Dismissal and a Release of Funds under attachment. The reason we need to submit this Order is to secure confirmation of the authorization to release the funds which were under attachment now that the deal is final.

NYDOCS1/303051.1

April 18, 2008
Page 2


Provided this stipulation meets with Your Honor's approval, we jointly request that it be endorsed and then made available on the ECF system after which we will arrange for the release of the funds and the matter will be fully concluded.

On behalf of counsel for both parties, we thank Your Honor for the Court's attention to this request.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:mjg
Encl.


cc: **Via Telefax**
MAHONEY & KEANE LLP
111 Broadway
New York, NY, 10006
Attn: Edward A. Keane, Esq.
Fax. 212-385-1605

NYDOCS1/303051.1

FREEHILL, HOGAN & MAHAR LLP